JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 25-2413 JGB (PDx)** | Date | March 31, 2026 |
| Title | *Mitika Grays v. Cultures Closet* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order (1) DISMISSING CASE WITH PREJUDICE (IN CHAMBERS)**

On February 18, 2026, the Court ordered Plaintiff to request entry of default in this case on or before February 25, 2026.  (Dkt. No. 13.)  The Court also ordered that, if Plaintiff requested entry of default and it was indeed entered, she had to file her motion for default judgment without 30 days of the entry of default.  (Id.)  The Court warned that failure to do so may result in dismissal of the action.  More than 30 days have elapsed since the Clerk entered default in this case.  (Dkt. No. 15.)  As of the date of this order, however, Plaintiff has not filed a motion for entry of default judgment.  As such, Plaintiff's case is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**